# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

| | | | |
|---|---|---|---|
| **In Re:** | SAWTELLE PARTNERS, LLC | **BAP No.:** | CC-18-1117 |
| **Bk. Ct. No.:** | 2:16-bk-21234-BR | **ADV. NO.:** | 2:17-ap-01541-BR |

## NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to Los Angeles.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Cecil Lizandro Silva, Deputy Clerk
Date: May 17, 2018

                                                    Please acknowledge receipt of
                                                    the case file listed above.
                                                    Dated:_____

                                                    Signed:_____
                                                          District Court Deputy

                                                    Assigned District Court No.

                                                    _____

cc: Bankruptcy Court
     All Parties